IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                           NO.  4:12CR00170-002 SWW

ZACHARY DYLAN CORDELL                                                      DEFENDANT

## AMENDED ORDER

The Court finds that the Order dismissing the superseding petition to revoke defendant's probation [doc #274] should be modified to reflect that the superseding petition [doc #251] is dismissed without prejudice.

IT IS SO ORDERED this 6th day of May 2016.

/s/Susan Webber Wright
United States District Judge