# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                          NO. 4:12CR00170-002 SWW

ZACHARY DYLAN CORDELL                                             DEFENDANT

### ORDER

The above entitled cause came on for hearing July 6, 2017 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of the defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke [doc #359] is *granted* and the supervised release previously granted this defendant is hereby *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **THREE (3) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Forrest City, Arkansas.

There will be *NO* term of supervised release following the term of incarceration.

The Court determined that the defendant is eligible to self-report to the United States Marshal Service. The defendant is directed to report to the United States Marshal Service on *Monday, June 18, 2018 by noon*.

DATED this 19th day of June 2018.

/s/Susan Webber Wright
United States District Judge